171 A.3d 1265

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF-RESPONDENT, v. T.S., DEFENDANT-PE-TITIONER, AND M.B. AND E.P., DEFENDANTS. IN THE MAT-TER OF N.S. AND T.B., MINORS-RESPONDENTS.

C–201 Sept.Term 2017
079245

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004936–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.